IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GILBERT VALDEZ,

    Plaintiff,

v.                                                No. 1:22-cv-00003-KWR-JHR

CHANEY CHUWANTI and
DIEGO PRIETO,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff filed his Complaint on January 3, 2022. [Doc. 1]. The record reflects that Plaintiff has not served the Defendants, or provided proof of service, within 90 days after the Complaint nor has Plaintiff shown good cause for the failure to serve.

**WHEREFORE, IT IS HEREBY ORDERED** that, in order to avoid dismissal of this action, Plaintiff must either effect service and provide proof thereof or provide the Court with a written explanation showing good cause why service has not been made, **on or before Wednesday, June 29, 2022.**

    IT IS SO ORDERED.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**